DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZACHARY IAN ROBERT,**
Appellant,

v.

**AGENCY FOR PERSONS WITH DISABILITIES,**
Appellee.

No. 4D2025-2016

[June 18, 2026]

Administrative appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case No. 24F-24196.

Roni Schneider Robert, Boca Raton, for appellant.

Erin W. Duncan, Acting General Counsel, Agency for Persons with Disabilities, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***